**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1918**

_____

WELDON EUGENE HOLTZCLAW, JR.,

Plaintiff - Appellant,

v.

UPSTATE PROPERTIES; RON PHILLIPS, Owner; JOHN DOE #1; DETECTIVE
CAMERON WOODY,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at
Greenville.  Donald C. Coggins, Jr., District Judge.  (6:25-cv-02906-DCC)

_____

Submitted:  November 25, 2025                    Decided:  December 1, 2025

_____

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Weldon Eugene Holtzclaw, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Weldon Eugene Holtzclaw, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint for failure to prosecute. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Holtzclaw's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we deny Holtzclaw's pending appellate "motion to appeal," and we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*